IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GLENN A. MITCHELL, | ) | CASE NO. 1:18-cv-02000-PAG |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | MAGISTRATE JUDGE THOMAS M. |
| | ) | PARKER |
| KEYBANK, N.A. | ) | |
| | ) | **JOINT STIPULATION OF** |
| Defendant. | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | **PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

So Ordered.
/s/ Patricia A. Gaughan
1/2/19

The parties advise the Court that this matter has settled.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Glenn Mitchell ("Mitchell") and Defendant, KeyBank, N.A., jointly stipulate to the dismissal of this action *with prejudice*.  Each party shall bear his or its own attorneys' fees and costs.  The parties also jointly stipulate and agree that the United States District Court for the Northern District of Ohio, Eastern Division shall retain jurisdiction over any disputes, claims, or controversies arising out of or in connection with the parties' Settlement Agreement or the breach, termination, enforcement, interpretation, or validity of that Agreement.